IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Jason F. Stapler, | Case No. 21-81282-7 |
| SSN: xxx-xx-8493 | Chapter 7 |

### DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE

The Debtor, pursuant to 11 U.S.C. §706(a), hereby elects to dismiss the above-caption chapter 7 case. The Debtor has occurred post-petition debt that is not eligible for a discharge in this case

WHEREFORE, the Debtor prays that this case will be dismissed, and that he will be granted all further relief that is equitable and just.

This the 30th day of September, 2021.

/s/ Jason F. Stapler
Jason F. Stapler, Debtor

/s/ Cynthia R. Wright
Cynthia R. Wright, Attorney for Debtor
300 Bob Wallace Ave , SW, STE B, HSV, AL 35801
(256) 539-2121

### CERTIFICATE OF SERVICE

The foregoing Statement has been served upon Judith Thompson, the chapter 7 trustee, via the Court's electronic filing system, and upon the following Matrix, via US Mail, postage prepaid, this the 30th day of September, 2021.

/s/ Cynthia Rena Wright
Cynthia Rena Wright, Attorney for Debtor